IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| vs. | * | CR 106-028 |
| JEREMIAH LANE | * | |

O R D E R

Defendant Jeremiah Lane's motion for reconsideration of this Court's Order denying as moot his motion to withdraw a previously filed motion (doc. no. 71) is hereby **DENIED**.

**ORDER ENTERED** at Augusta, Georgia, this 23rd day of June, 2016.

_____
UNITED STATES DISTRICT JUDGE