IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2016 AUG -1  A 11: 47

CLERK _____
SO. DIST. OF GA.

UNITED STATES OF AMERICA     *
    *
    *
vs.     *    CR 106-028
    *
    *
JEREMIAH LANE     *

O R D E R

In the captioned criminal matter, Defendant Jeremiah Lane
has filed yet another motion attacking the legality of his
conviction and sentence.  He not only alleges that the Court
erred in imposing an excessive sentence, but he claims
ineffective assistance of counsel in allowing these
circumstances to befall him.

As has been previously explained to Defendant, the proper
vehicle through which to attack the legality of a conviction
or sentence is a motion to vacate, set aside or correct
sentence under 28 U.S.C. § 2255.  (See Order of May 19, 2016,
Doc. No. 67.)  Defendant, however, has already filed a § 2255
motion.  In order for him to bring another § 2255 motion, he
must move the Eleventh Circuit Court of Appeals for an order
authorizing this Court to consider a second or successive §
2255 motion.  See 28 U.S.C. §§ 2255, 2244(b)(3).  Until
Defendant acquires the necessary authorization to bring a

successive § 2255 motion from the Court of Appeals, this Court will not and indeed may not consider the merits of any motion alleging that he was illegally or improperly convicted or sentenced, no matter the stated grounds.

Upon the foregoing, Defendant's current motion (doc. no. 74) is **DENIED**.

**ORDER ENTERED** at Augusta, Georgia, this __1st__ day of ~~July~~ *August*, 2016.

_____
UNITED STATES DISTRICT JUDGE