FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2016 AUG 30 P 3:10
CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 106-028 |
| | * | |
| JEREMIAH LANE | * | |

## O R D E R

In this captioned criminal case, Defendant Jeremiah Lane pleaded guilty to conspiracy to rob commercial businesses; robbery of a commercial business; and discharging a firearm during a crime of violence. He was sentenced on February 20, 2007 to a total term of 207 months in prison.

Presently, Defendant has filed a motion to reduce his sentence under 18 U.S.C. § 3582(c)(2) based upon the United States Sentencing Commission's "recent 'Minor Role' 3B1.2 Amendment." (Doc. No. 77, at 1.) Presumably, Defendant is referencing Amendment 794 to the United States Sentencing Guidelines, which sets out new guidelines for the determination of whether a defendant should be granted a mitigating role reduction under U.S.S.G. § 3B1.2.

Section 3582(c)(2) allows a court to modify an imposed term of imprisonment if a defendant's sentencing range has been subsequently lowered by the Sentencing Commission.

However, this provision is only triggered by an amendment listed in U.S.S.G. § 1B1.10(d). ("In determining whether, and to what extent, a reduction in the defendant's term of imprisonment under 18 U.S.C. § 3582(c)(2) . . . is warranted, . . . the court shall substitute **only** the amendments listed in subsection (d) . . . and shall leave all other guideline application decisions unaffected" (emphasis added).). Amendment 794 is not a listed amendment in U.S.S.G. § 1B1.10(d).[1] Consequently, even assuming Defendant's conduct would otherwise qualify him for a "minor role" reduction, Amendment 794 is not available to him retroactively in the post-conviction context.

Upon the foregoing, Defendant's motion to reduce sentence (doc. no. 77) is **DENIED**, and his motion for appointment of counsel (doc. no. 76) is **DENIED AS MOOT**.

**ORDER ENTERED** at Augusta, Georgia, this 30th day of August, 2016.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Indeed, the Sentencing Commission stated that Amendment 794 is intended only as a clarifying amendment. U.S.S.G. App. C, Amend. 794 (Reason for Amend.) ("This amendment provides additional guidance to sentencing courts in determining whether a mitigating role adjustment applies.").

2