FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2016 SEP 16 A 9:36
CLERK M. ARMO
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 106-028 |
| | * | |
| JEREMIAH LANE | * | |

# ORDER

On August 30, 2016, this Court denied Defendant's motion to reduce his sentence under 18 U.S.C. § 3582(c)(2) based upon Amendment 794 to the United States Sentencing Guidelines, which sets out new guidelines for the determination of whether a defendant should be granted a mitigating role reduction under U.S.S.G. § 3B1.2.

Presently, Defendant has filed a motion for reconsideration. In the motion, Defendant insists that he had little to nothing to do with a firearm even though he pled guilty to and was convicted of discharging a firearm during a crime of violence. As explained to Defendant previously, Amendment 794 does not apply retroactively and therefore cannot provide any relief to him. Moreover, to the extent that Defendant is now challenging the legality of his conviction and sentence, he must do so by filing a motion to vacate, set aside or correct sentence under 28 U.S.C. § 2255.

Defendant, however, has already filed a § 2255 motion. In order for him to bring another § 2255 motion, he would have to move the Eleventh Circuit Court of Appeals for an order authorizing this Court to consider a second or successive § 2255 motion. See 28 U.S.C. §§ 2255, 2244(b)(3). Because Defendant has not acquired the necessary authorization to bring a successive § 2255 motion, this Court may not consider the merits of Defendant's motion.

Upon the foregoing, Defendant's motion for reconsideration (doc. no. 79) is **DENIED**.

**ORDER ENTERED** at Augusta, Georgia, this 16th day of September, 2016.

UNITED STATES DISTRICT JUDGE