ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2016 NOV -8 AM 9:00
CLERK C Adams
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | CV 116-006 |
| v. | * | (underlying CR 106-028) |
| | * | |
| JEREMIAH LANE | * | |

O R D E R

In January 2016, Defendant Jeremiah Lane filed a petition to vacate, set aside or correct his federal sentence pursuant to 28 U.S.C. § 2255. The petition was dismissed as untimely on April 18, 2016. The Court also denied his motion for reconsideration and his motion for leave to appeal in forma pauperis on May 5, 2016, and again denied his motion for leave to appeal in forma pauperis on May 19, 2016. On September 20, 2016, the Eleventh Circuit Court of Appeals dismissed his appeal after denying his motion for the issuance of a certificate of appealability. Thus, this civil case is closed and may not be reopened.

Despite the ruling of the Eleventh Circuit, Defendant has filed another motion for reconsideration, citing Federal Rule of Civil Procedure 60(b). This motion is frivolous and a waste of judicial resources; the motion (doc. no. 21) is **DENIED**. Defendant is further advised that he may not file any

other collateral attack upon his federal sentence under 28 U.S.C. § 2255 without authorization from the Eleventh Circuit Court of Appeals. See 28 U.S.C. §§ 2255, 2244(b)(3).

**ORDER ENTERED** at Augusta, Georgia, this 8th day of November, 2016.

_____
UNITED STATES DISTRICT JUDGE